VELEY, Plaintiff in error, vs. THE STATE, Defendant in error.

*November 12—December 6, 1927.*

*Criminal law: Issuing worthless checks: Nature of offense: Where punishable: County jail or state prison.*

The offense of issuing worthless checks is by sec. 343.401, Stats., made a misdemeanor, but since the place of punishment is not designated, sec. 353.27, providing that persons convicted of any offense the punishment of which is not prescribed by any statute shall be punished by imprisonment in the county jail, is applicable; and a sentence to the state prison for one year was error.

Veley v. State, 194 Wis. 408.

ERROR to review a judgment and sentence of the county court of Sheboygan county: PAUL T. KREZ, Judge. *Reversed, with directions.*

The plaintiff in error, hereinafter called the defendant, was convicted on his plea of guilty, on February 15, 1927, in the county court of Sheboygan county, on the charge of issuing worthless checks contrary to sec. 343.401 of the Statutes, and sentenced to one year in the state prison at Waupun. The sentence was suspended and the defendant paroled to the state board of control. On the 21st day of June, 1927, he violated his parole, and he was thereupon confined in the state prison in pursuance of the sentence of the county court.

The cause was submitted for the plaintiff in error on the brief of *Bassuener & Humke* of Sheboygan, and for the defendant in error on that of the *Attorney General* and *J. E. Messerschmidt,* assistant attorney general.

CROWNHART, J. It is the contention of the defendant that the sentence imposed upon him was contrary to the provisions of the statutes, sec. 343.401, which provides that the offense is a "misdemeanor, and punishable by imprisonment for not more than one year, or by a fine of not more than one thousand dollars, or both fine and imprisonment."

It will be seen that the offense is denominated a misdemeanor and the term of punishment is provided for, but the place of punishment is not designated.

Sec. 353.27, Stats., not cited by counsel for either side, provides:

"Any person who shall be convicted of any offense the punishment of which is not prescribed by any statute of this state shall be punished only by imprisonment in the county jail not more than one year or by fine not exceeding two hundred and fifty dollars."

If the place of punishment is not designated in the statute but the crime is designated as a misdemeanor, sec. 353.27,

Stats., is applicable to fix the place of punishment.    See *Boehm v. State,* 190 Wis. 609, 209 N. W. 730, not cited by counsel, in which case the proposition is the converse of the one here before us.· The reasoning of that case, however, is applicable here.

*By the Court.*—The judgment and sentence are reversed, and the cause is remanded to the county court with directions to re-sentence defendant according to law.